USCA1 Opinion

 

 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 96-1525 RICHARD M. & MILDRED E. KERRIGAN, Petitioners, Appellants, v. COMMISSIONER OF INTERNAL REVENUE, Respondent, Appellee. ____________________ APPEAL FROM THE UNITED STATES TAX COURT [Hon. Thomas B. Wells, U.S. Tax Court Judge] ____________________ ____________________ Before Cyr, Stahl and Lynch, Circuit Judges. ______________ ____________________ Richard M. Kerrigan and Mildred E. Kerrigan on brief pro se. ___________________ ___________________ Loretta C. Argrett, Assistant Attorney General, Gilbert S. _____________________ ___________ Rothenberg and Sarah K. Knutson, Attorneys, Tax Division, Department __________ ________________ of Justice, on brief for appellee. ____________________ March 3, 1997 ____________________ Per Curiam. In a decision entered February 28, ___________ 1996, the United States Tax Court found that taxpayers Mr. and Mrs. Richard M. Kerrigan owed no income tax or additions to tax for 1989 (the only year before the court). This decision is a victory for the Kerrigans, and we lack jurisdiction over their appeal from it. See W. W. Windle Co. ___ ________________ v. Commissioner, 550 F.2d 43, 55 (1st Cir.), cert. denied, ____________ _____________ 431 U.S. 966 (1977). The Kerrigans' notice of appeal indicates that they also intend to appeal from the tax court's February 26, 1996 order denying their motion for litigation costs under I.R.C. 7430. Although we have jurisdiction over this appeal, see I.R.C. 7430(f)(1), the ___ Kerrigans have waived the issue for failure to make any developed argument in their brief. See United States v. ___ _____________ Zannino, 895 F.2d 1, 17 (1st Cir.) ("[I]issues adverted to in _______ a perfunctory manner, unaccompanied by some effort at developed argumentation, are deemed waived."), cert. denied, ____________ 494 U.S. 1082 (1990). Dismissed in part; affirmed in part. See Loc. R. _____________________________________ ___ 27.1. -2-